**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

UNITED STATES OF AMERICA

V.                                                                     CRIMINAL NO. 1:24cr13-MPM-DAS

JEREMY BERNOLD WINSTON

## ORDER DENYING MOTION FOR RECONSIDERATION

The defendant has moved for reconsideration of the court's order finding that he should be detained pending disposition of the charges against him. At the original detention hearing on April 16, 2024 the court found after weighing all statutory factors that Winston should be detained because he represented a danger to the community.

Since the detention hearing one of Winston's children is now living with Winston's father, who is battling cancer. Some of Winston's previous convictions have been expunged by the state courts, though based on the timing of the expungements and the indictment in this action, it appears that Winston has not in fact been rehabilitated.

Additionally, in the interim, Winston has entered an open plea to one count of four counts for distribution of methamphetamines. His sentencing is set for February 25, 2025. With his guilty plea the burden is now on Winston to prove by clear and convincing evidence that he does not pose a danger to the safety of the community. 18 U.S.C. § 3143. While the court is certainly sympathetic to the difficulties faced both by Mr. Winston's father and his son, that circumstance does not impact the court's finding of dangerousness or otherwise provide a grounds for changing the court's detention order.

**SO ORDERED,** this the 26th day of November, 2024.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE