IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

USA

v.                                                             No. 1:24-cr-0013-001-MPM

JEREMY BERNOLD WINSTON

### ORDER REQUIRING PLAINTIFF TO SUBMIT
### AMENDED COMPLAINT USING THE ENCLOSED
### STANDARD FORM WITHIN 21 DAYS

Jeremy Bernold Winston has submitted a document that the court construes as a *pro se* prisoner complaint filed under 28 U.S.C. § 2255. The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 2255 cases. As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 9th day of February, 2026.

                                                                                     /s/ Michael P. Mills
                                                                                     UNITED STATES DISTRICT JUDGE
                                                                                     NORTHERN DISTRICT OF MISSISSIPPI