### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABDERDEEN DIVISION

**JEREMY BERNOLD WINSTON**                                                              **MOVANT**

**v.**                                                                       **No. 1:24-cr-13-MPM-DAS**

**UNITED STATES OF AMERICA**                                                        **RESPONDENT**


### ORDER REQUIRING GOVERNMENT TO RESPOND

The court has reviewed the movant's request under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, and finds that a response from the government is appropriate. It is **ORDERED** that within 60 days of the date of this order, the United States of America must submit a response to the instant motion. The Movant's deadline to file a reply to the government's response is 14 days after service upon him of the Government's response.

**SO ORDERED**, this, the 18th day of March, 2026.


 /s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI